April 24, 2025



## JUDGMENT

## The Fifteenth Court of Appeals

### NO. 15-24-00052-CV

RICHARD M. YOUNG, JR. A/K/A RICHARD YOUNG, Appellant

V.

TEXAS PARKS AND WILDLIFE DEPARTMENT, JOHN SILOVSKY AS WILDLIFE DIVISION DIRECTOR OF TEXAS PARKS AND WILDLIFE DEPARTMENT, AND THE STATE OF TEXAS, Appellees

This Court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is **AFFIRMED**.

We order appellant, Richard M. Young, Jr. a/k/a Richard Young, to pay all costs of this appeal.

We further order this decision certified below for observance.

Judgment Rendered April 24, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Memorandum Opinion delivered by Chief Justice Brister.